| | |
|---|---|
| STATE OF MAINE | SUPERIOR COURT |
| CUMBERLAND, ss. | CIVIL ACTION |
| | DOCKET NO. |

DEBORAH COLELLO )
)
      Plaintiff )
)
v. ) COMPLAINT
)
BOTTOMLINE TECHNOLOGIES, INC. )
)
      Defendant )

NOW COMES Plaintiff, by and through counsel, and alleges as follows:

## PARTIES

1. Plaintiff, Deborah Colello, is a resident of Yarmouth, County of Cumberland, and State of Maine.

2. Defendant Bottomline Technologies, Inc. is a corporation whose headquarters are in Portsmouth, New Hampshire and doing business in the City of South Portland, County of Cumberland and State of Maine.

## COUNT I

3. Plaintiff Deborah Colello was employed by Defendant Bottomline Technologies, Inc.

4. Plaintiff Deborah Colello was employed by Defendant Bottomline Technologies from June 2012 through March 27, 2014.

5. Plaintiff's work required her to communicate with customers handling problem solving requests.

6. Plaintiff did not supervise any employees.



Received for DOCKETING
JUN 30 14
By: ijd

7. Plaintiff worked substantially in excess of forty hours each week.

6. Plaintiff did not receive any payment for overtime despite demand for that compensation.

8. Plaintiff was not exempt from overtime compensation.

9. Failure to pay overtime wages to employees who are non-exempt is a violation of law.

WHEREFORE, Plaintiff prays that this Honorable Court award her judgment in an amount necessary to compensate her for lost wages at the overtime rates of time and one-half plus a penalty of an amount equal to that payment, interest, costs, attorney fees and other such relief as the Court deems just and proper.

DATED at Portland, Maine this 25th day of June, 2014.

Respectfully submitted,

_____
Howard T. Reben, Bar #426
Attorney for Plaintiff

REBEN, BENJAMIN & MARCH
97 India Street
P.O. Box 7060
Portland, ME 04112
(207) 874-4771