UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Deborah Colello,

    Plaintiff

v.                                                                     Civil Action No.  2:14-cv-00297-JAW

Bottomline Techologies, Inc.,

    Defendant

**DISCLOSURE STATEMENT**
**LOCAL RULE 7.5**

☐     The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

☐     The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

☐     The filing party, a limited liability company (LLC), identifies the following parent corporation and any public corporation that owns 10% or more membership or stock interest in the LLC:

☐     The filing party identifies the following publicly held corporations with which a merger agreement exists:

☒     The filing party has none of the above.

                                  Respectfully Submitted,
                                  BOTTOMLINE TECHNOLOGIES, INC.,
                                  By its attorneys,
                                  JACKSON LEWIS P.C.,

Date:  July 17, 2014          By:     /s/Debra Weiss Ford
                                             Debra Weiss Ford
                                             Maine Bar No. 4593
                                             K. Joshua Scott
                                             Maine Bar No. 5282
                                             100 International Drive, Suite 363
                                             Portsmouth, NH 03801
                                             603.559.2700
                                             debra.ford@jacksonlewis.com

<u>Certificate of Service</u>

I hereby certify that the foregoing was served via ECF on:

Howard T. Reben
Reben, Benjamin & March
97 India Street
P.O. Box 7060
Portland, ME 04112


Date:   July 17, 2014            /s/Debra Weiss Ford
                                 Debra Weiss Ford


4841-2564-4309, v. 1